IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DCG&T, for the use and benefit of
JACK BATTAGLIA/IRA, *et al.*,

    Plaintiffs,

v.                                                        Civil Case No. 3:14-cv-067-JAG

GLADE M. KNIGHT, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on the plaintiff's Motion to Compel. (Dk. No. 52.) The Court held a telephone conference with both plaintiff and defense counsel on February 5, 2015, at 2:00 p.m. to address the motion. The Court GRANTS the motion and finds the plaintiffs' First and Second Requests for Production of Documents, First Set of Interrogatories, and non-party subpoenas duces tecum subject answers within the scope of permissible discovery.

The Court ORDERS the defendants to respond fully to the plaintiffs' First and Second Requests for Production of Documents and First Set of Interrogatories within 21 days of the entry of this Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: February 5, 2015
      Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge