FILED: May 13, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 15-2184 (L)
(3:14-cv-00067-JAG)

---

BRIAN A. EISEN

Intervenor - Appellant

v.

DCG&T, f/b/o Jack Battaglia/IRA; JACK BATTAGLIA; DCG&T f/b/o Lori Battaglia/IRA,

Plaintiffs - Appellees

and

GLADE M. KNIGHT; MICHAEL S. WATERS; ROBERT M. WILY; BRUCE H. MATSON; JAMES C. BARDEN; APPLE REIT NINE, INC., now known as Apple Hospitality REIT, Inc.

Defendants - Appellees

KRISTAN GATHRIGHT; JUSTIN KNIGHT; DAVID MCKENNEY; BRYAN PERRY and DOES 1-10

Defendants

No. 15-2262
(3:14-cv-00067-JAG)

DCG&T, f/b/o Jack Battaglia/IRA; JACK BATTAGLIA; DCG&T f/b/o Lori Battaglia/IRA

Plaintiffs - Appellants

v.

BRIAN A. EISEN

Intervenor - Appellee

and

GLADE M. KNIGHT; MICHAEL S. WATERS; ROBERT M. WILY; BRUCE H. MATSON; JAMES C. BARDEN; APPLE REIT NINE, INC., now known as Apple Hospitality REIT, Inc.; KRISTAN GATHRIGHT; DAVID MCKENNEY; JUSTIN KNIGHT; BRYAN PERRY; DOES 1-10

Defendants

J U D G M E N T

In accordance with the decision of this court, these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK