**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **DCG&T f/b/o JACK BATTAGLIA/IRA; JACK BATTAGLIA and DCG&T f/b/o LORI BATTAGLIA/IRA,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GLADE M. KNIGHT, MICHAEL S. WATERS, ROBERT M. WILY, BRUCE H. MATSON, JAMES C. BARDEN, JUSTIN KNIGHT, DAVID McKENNEY, KRISTAN GATHRIGHT, BRYAN PERRY, and DOES 1-10,**<br><br>**Defendants,**<br><br>**and**<br><br>**APPLE REIT NINE, INC., now known as APPLE HOSPITALITY RIET, INC.,**<br><br>**Nominal Defendant.** | **Civil Action No.: 3:14-CV-00067** |

**MOTION OF THE INTERVENOR BRIAN A. EISEN TO DISBURSE AND REFUND COST BOND**

The Intervenor, Brian Eisen, moves this Court for an order requiring the Clerk to disburse the $5,000.00 cost bond that Eisen previously posted, according to the terms set out below.

1. On November 16, 2015, this Court entered an order requiring the Intervenor, Brian A. Eisen ("Eisen"), to post a $5000.00 appeal bond pursuant to Fed. R. App. P. 7 to perfect

his appeal. (Docket No. 146). On November 24, 2015, Eisen posted a $5,000.00 cash bond with this Court ("The Eisen Bond Funds") (Docket No. 147).

2. On June 13, 2016, an order from the United States Court of Appeals for the 4th Circuit taxed $510.20 in costs to Eisen, in favor of the plaintiffs here, who were appellees and cross-appellants in the applicable appeals before the 4th Circuit. (Docket No. 153)

3. The Fourth Circuit Court of Appeals taxed no other costs other than this $510.20 against Eisen in favor of any other party.

WHEREFORE the Intervenor Brian Eisen hereby moves this Court for an order:

4. Directing the Clerk of this Court to disburse $510.20 from the Eisen Bond Funds to the plaintiffs, c/o their counsel, Jeffrey Hamilton Geiger, Esq. Sands Anderson, P.C., 1111 East Main Street, 24th Floor, P.O. Box 1998, Richmond, Virginia 23218-1998.

5. Directing the Clerk of this Court to disburse the funds remaining in the Eisen Bond Funds after the $510.20 disbursement requested in ¶4 *supra* to Eisen c/o his counsel, Michael L. Donner, Sr., Esq., Setliff & Holland, P.C., 4940 Dominion Boulevard, Glen Allen, Virginia 23060.

6. Releasing Eisen from any further liability on his cost bond.

**BRIAN A. EISEN**

By: /s/ Michael L. Donner, Sr.
Of Counsel

Michael L. Donner, Sr., Esq. (VSB No. 40958)
SETLIFF & HOLLAND, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
Telephone: (804) 377-1267
Facsimile: (804) 767-8390
mdonner@setliffholland.com
Counsel for the Intervenor, Brian A. Eisen

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on July 27, 2015, I filed this Motion with the ECF System at the U.S. District Court, Eastern District of Virginia, Richmond Division, which caused the pleading to be served on all counsel of record.

/s/ Michael L. Donner, Sr.