**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

DCG&T, for the use and benefit of
JACK BATTAGLIA/IRA, et al.,

Plaintiffs,

v. Civil Case No. 3:14-cv-067-JAG

GLADE M. KNIGHT, et al.,

Defendants.

# ORDER

This matter comes before the Court on the First Motion for Bond Disbursement and Refund by Brian Alan Eisen. (Dk. No. 158.) On June 13, 2016, the Fourth Circuit awarded $510.20 in costs to the plaintiffs. The Court GRANTS the motion for bond disbursement and DIRECTS the Clerk of the Court to disburse $510.20 to Sands Anderson, P.C., Attn: Jeffrey H. Geiger, Esq., 1111 East Main Street, 24th Floor, P.O. Box 1998, Richmond, VA 23218-1998. Further, the Court DIRECTS the Clerk of the Court to disburse the remaining funds to Setliff & Holland, P.C., Attn: Michael L. Donner, Sr., Esq., 4940 Dominion Boulevard, Glen Allen, Virginia 23060.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: July 29, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge